1
2
3
4
5
6 **UNITED STATES DISTRICT COURT**
7 EASTERN DISTRICT OF CALIFORNIA
8

9  DANIEL W. KINARD,                    Case No. 1:14-cv-00730-SMS HC

10         Petitioner,

11     v.                               ORDER TRANSFERRING THIS CASE TO
                                        THE U.S. DISTRICT COURT FOR THE
12  FEDERAL BUREAU OF PRISONS,          WESTERN DISTRICT OF LOUISIANA

13         Respondent.

14

15         On April 23, 2014, Petitioner Daniel W. Kinard filed this *pro se* petition for writ of habeas

16 corpus in the District Court for the District of Columbia.  Since the proper respondent was the

17 Warden of the United States Penitentiary in Atwater, California, where Petitioner was then confined,

18 the District Court for the District of Columbia ordered the case transferred to this District.  In the

19 meantime, however, Petitioner was transferred to the Federal Detention Center in Oakdale,

20 Louisiana.

21         A habeas action is subject to jurisdictional and statutory limitations.  *See Braden v. 30th*

22 *Judicial Circuit Court of Kentucky*, 410 U.S. 484 (1973).  The proper respondent in a habeas corpus

23 action is the warden of the institution in which the petitioner is confined.  *Rumsfield v. Padilla*, 542

24

25 U.S. 426, 434 (2004).  In this case, following Petitioner's recent transfer, the proper respondent is the

26

27 Warden of the Federal Detention Center in Oakdale, Louisiana.  Because the habeas petition must be

28
                                        1

reviewed by the district court in the district where the petitioner is confined (*United States v. Giddings*, 740 F.2d 770, 772 (9th Cir. 1984)), this Court must transfer the petition to the District Court for Western District of Louisiana.

Accordingly, the Court hereby ORDERS that this case be TRANSFERRED to the United States District Court for the Western District of Louisiana.

IT IS SO ORDERED.

Dated:   __June 17, 2014__                    _____/s/ **Sandra M. Snyder**
                                              UNITED STATES MAGISTRATE JUDGE